PROB 12C
(6/16)

Report Date: November 16, 2018

# United States District Court

для the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Jacob L. Peckham                Case Number: 0980 2:17CR00195-RMP-1

Address of Offender:               Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 8, 2018

Original Offense:    Escape from Custody, 18 U.S.C. §§ 751(a) and 4082(a)

Original Sentence:   Prison - 4 months           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: U.S. Attorneys Office        Date Supervision Commenced: July 27, 2018

Defense Attorney:    Federal Defenders Office     Date Supervision Expires: July 26, 2021

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: Mr. Peckham was in direct violation of standard condition 8 by associating with a convicted felon without the undersigned officer's permission.<br><br>On July 30, 2018, Mr. Peckham was informed of his court-ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.<br><br>A Spokane police report (2018-220224677) reflects that on November 11, 2018, Mr. Peckham was the passenger in a car. After the car was pulled over, Mr. Peckham was seen on foot walking away from the car.<br><br>Police stopped Mr. Peckham and questioned him in regards to why he got out of the car. Mr. Peckham self-disclosed that he had been drinking and received a ride home from a friend who he knew to be a convicted felon. He reported to the officer that he was on federal probation and was not allowed to be around convicted felons. |

Prob12C
Re: Peckham, Jacob L.
November 16, 2018
Page 2

2  **Special Condition #6** : You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Peckham was in direct violation of special condition 6, by self-disclosing he used methamphetamine from November 11-14, 2018.

On July 30, 2018, Mr. Peckham was informed of his court-ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.

On November 14, 2018, Mr. Peckham was directed to report to the U.S. Probation Office on November 15, 2018, in order to discuss the police contact that occurred on November 11, 2018.

On November 15, 2018, a urine sample was requested from Mr. Peckham and he self-disclosed that it would be positive for methamphetamine and he had been using continuously since November 11, 2018.

Mr. Peckham signed a drug use admission form reflecting that he used methamphetamine.

3  **Special Condition #5** : You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Peckham was in direct violation of special condition number 5 by remaining in an establishment where alcohol is the primary item of sale.

On July 30, 2018, Mr. Peckham was informed of his court-ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.

Mr. Peckham reported to the U.S. Probation Office on November 15, 2018. During the meeting, he self-disclosed to the undersigned officer that he drove to a "bar" called Big Sky and proceeded to drink alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/16/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Peckham, Jacob L.**
**November 16, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

11/16/2017
Date