PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2023

SEAN F. McAVOY, CLERK

## Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Jacob L. Peckham | Case Number: 0980 2:17CR00195-RMP-1 |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: March 8, 2018 | Type of Supervision: Supervised Release |
| Original Offense: Escape from Custody, 18 U.S.C. §§ 751(a) and 4082(a) | Date Supervision Commenced: February 1, 2023 |
| Original Sentence: Prison - 4 months; TSR - 36 months | Date Supervision Expires: January 31, 2024 |
| Revocation Sentence: Prison - 24 months; (December 2, 2020)   TSR - 12 months | |

## NONCOMPLIANCE SUMMARY

On February 1, 2023, a supervision intake was completed. Mr. Peckham's judgment was reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Jacob Peckham violated the terms of his supervised by consuming a controlled substance, methamphetamine, on or about April 4 and 7, 2023. |
| | On April 11, 2023, during a telephone conversation, Jacob Peckham disclosed he consumed methamphetamine on April 4 and April 7, 2023. He reported some difficulties surrounding the environment at his place of employment. As a result, he chose to end his employment and seek alternate employment options. |

**U.S. Probation Officer Action**:

On February 1, 2023, supervision commenced in this matter. Mr. Peckham released from the residential reentry center (RRC), with stable housing with his parents and young son. He was also gainfully employed full time with Coeur d' Alene Windows. Mr. Peckham is also under the supervision of the Washington State Department of Corrections (WADOC) for a period of 24 months.

Prob12A
Re: Peckham, Jacob L.
May 24, 2023
Page 2

Overall, he has appeared motivated to remain gainfully employed and sober. The above-noted use of methamphetamine came to the USPO's knowledge based off Mr. Peckham's decision to be honest. Mr. Peckham's use appears to have occurred in between urinalysis testing.

Mr. Peckham has chosen to change his employment to help him avoid environments that limit his ability to remain sober. He is currently working for a lawn care company and indicates it is a healthier environment for him to be in.

He completed a mental health evaluation on March 23, 2023. He was recommended to attend two counseling sessions per month to help address his depression, anxiety and history of trauma.

On April 18, 2023, he attended an admit appointment with Pioneer Human Services (PHS) and was enrolled in outpatient substance abuse treatment. Additionally, he reports attending regular sober support meetings.

At this time, it appears he is taking necessary efforts to avoid additional use of illicit substances. It is respectfully recommended that no further action be taken at this time. Should the Court require a different course of action or a Court appearance by Mr. Peckham, please advise the undesigned officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 24, 2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

[ x ]   Court Concurs with Officer Action
[   ]   Submit a Request for Modifying the Condition or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

Signature of Judicial Officer

5/24/2023
Date